UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MARY A. JASSO, et al.,

    Plaintiffs,                          CIV. S-05-2649 GEB PAN PS

    v.

CITIZENS TELECOMMUNICATIONS             ORDER
COMPANY OF CALIFORNIA, INC.,
et al.,

    Defendants.

-o0o-

Plaintiffs seek an extension of the February 13, 2006, deadline for filing a joint status report, as set forth in the court's December 30, 2005, Order Requiring Timely Service and Joint Status Report.  Pending is defendants' motion to dismiss, scheduled for hearing February 15, 2006, and plaintiffs' motion to remand, which the court hereby sets for hearing February 15, 2006, at 9 a.m., in Courtroom 25.  Defendants may file and serve an opposition to plaintiffs' motion to remand on or before 4:00

p.m., Thursday, February 9, 2006; plaintiffs may file and serve a reply, if any, by Noon, Monday, February 13, 2006.

Accordingly, plaintiffs' request for enlargement of time to file the joint status report is granted; should this case proceed in this court on the merits after decision on the parties' respective motions, plaintiffs shall file the joint status report within 20 days after approval of this court's findings and recommendations or separate order by the district judge.

So ordered.

Dated:   February 1, 2006.

        /s/ Peter A. Nowinski
        PETER A. NOWINSKI
        Magistrate Judge