UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MARY A. JASSO, et al.,

    Plaintiffs,                              CIV. S-05-2649 GEB PAN PS

    v.

CITIZENS TELECOMMUNICATIONS                ORDER
COMPANY OF CALIFORNIA, INC.,
et al.,

    Defendants.

-o0o-

    Plaintiffs, who proceed in pro se, seek permission to file their papers electronically. E. D. Cal. L. R. 5-133(b)(2). Plaintiffs assert they "live over 5 hours away and filing in person is impossible and the mail takes quite a long time to get papers from here to the court to be filed." Plaintiffs have nonetheless timely filed multiple briefs on all pending matters. Moreover, most of plaintiffs' briefs exceed 25 pages in length, with attachments or exhibits in excess of 50 pages, thus

triggering the requirement that courtesy copies be delivered to chambers within one business day even if the originals were e-filed.  E. D. Cal. L. R. 5-133(b)(2).

As plaintiffs have presented no compelling reason to deviate from the general rule requiring pro se litigants to file their documents in person or by mail, plaintiffs' request is denied.

So ordered.

Dated:  February 9, 2006.

                                   /s/ Peter A. Nowinski
                                   PETER A. NOWINSKI
                                   Magistrate Judge