IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARY A. JASSO, et al.,

      Plaintiffs,                        No. CIV S-05-2649 GEB EFB PS

      vs.

CITIZENS TELECOMMUNICATIONS
COMPANY OF CALIFORNIA, INC.,
et al.,

      Defendants.                  <u>ORDER</u>

      On February 12, 2007, defendants Union Pacific Railroad, Alturas Ranches LLC, Surprise Valley Electric, Sierra Pacific Power, United States Cellular Corporation and California Rural Services Area #1, Citizens Telecommunications Company of California, Inc., and Modoc RSA Limited Partnership d/b/a Verizon Wireless, filed a joint *ex parte* application pursuant to Local Rule 6-144(c), for an extension of time to respond to plaintiffs' first amended complaint. Defendants seek a twenty (20) day extension, until March 12, 2007, to file a joint answer to plaintiff's amended complaint.

      In support of their application, defendants cite the numerosity of plaintiffs, the fact that they do not have complete contact information for all plaintiffs, defendants' intent to file one joint responsive pleading and the need for time to confer in preparation therefor, and the complexity of the federal regulatory issues raised by the allegations in plaintiffs' amended

1

1 complaint.

2 Good cause appearing, defendants' motion is hereby granted. Defendants shall file a
3 response to plaintiffs' amended complaint no later than March 12, 2007.

4 DATED: February 16, 2007.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE