DENNIS J. WARD (SBN 78493)
ROPERS, MAJESKI, KOHN & BENTLEY
80 North First Street
San Jose, CA  95113
Telephone:   (408) 287-6262
Facsimile:    (408) 918-4501

Attorneys for Defendant
VALLEY INDUSTRIAL
TELECOMMUNICATIONS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY A. JASSO; HIGINIO R. JASSO; SUZANNE M. AINSLIE; GILBERT E. JASSO; TIMOTHY E. AINSLIE; JANICE L. LOPEZ; GAIL I. GRIFFITH; GILBERT TIFFEE; DOROTHY M. TIFFEE; ILLA L. GARCIA; BENJAMIN G. GARCIA; BENJAMIN J. GARCIA; TERESA HUDDELSTON-GARCIA; AND ON BEHALF OF ALL OTHER FAMILY MEMBERS SIMILARLY SITUATED, BORN AND UNBORN,<br><br>Plaintiffs,<br><br>v.<br><br>CITIZENS TELECOMMUNICATIONS COMPANY OF CALIFORNIA, INC.; UNITED STATES CELLULAR CORPORATION; CALIFORNIA RURAL SERVICES AREA #1, INC.; MODOC RSA LIMITED PARTNERSHIP; VERIZON WIRELESS; VALLEY INDUSTRIAL TELECOMMUNICATIONS, INC.; SIERRA PACIFIC POWER; SURPRISE VALLEY ELECTRIC; ALTURAS RANCHES LLC; UNION PACIFIC RAILROAD ENGINEER; DOES 1-1,000, inclusive,<br><br>Defendants. | CASE NO.  05-2649 GEB EFB PS<br><br>**ORDER GRANTING DEFENDANT VALLEY INDUSTRIAL TELECOMMUNICATIONS, INC.'S EX PARTE APPLICATION FOR EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT**<br>**[L.R. 6-144]**<br><br>**Courtroom: 25**<br>**Judge: Magistrate Judge Edmund F. Brennan** |

SJ/387402.1/BMA — - 1 - — ORDER GRANTING VALLEY INDUSTRIAL TELECOMMUNICATIONS, INC.'S EX PARTE APPLICATION FOR EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT   05-2649 GEB EFB PS

Defendant VALLEY INDUSTRIAL COMMUNICATIONS, INC.'S *ex parte* application for an extension of time to respond to plaintiffs' first amended complaint was filed on February 26, 2007.[1]  Having reviewed the *ex parte* application, and good cause appearing, defendant's motion is hereby granted *nunc pro tunc* to February 20, 2007.

Defendant Valley Industrial Communications, Inc. shall file a response to plaintiffs' first amended complaint no later than March 12, 2007.

DATED: February 28, 2007

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[1] Although defendant's a application is untimely, the court nonetheless grants its application so that it may, as requested, file a responsive pleading jointly with the defendants who timely sought an extension of time.