IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARY A. JASSO, et al.,

       Plaintiffs,               2:05-cv-2649-GEB-EFB-PS

    vs.

CITIZENS TELECOMMUNCATIONS COMPANY OF CALIFORNIA, INC., et al.,              <u>ORDER</u>

       Defendants.

_____/

        On July 30, 2007, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within ten days. Defendant Modoc RSA Limited Partnership dba Verizon Wireless and Cellco Partnership dba Verizon Wireless filed objections on August 16, 2007, which were joined by defendant Union Pacific Railroad Company, defendant Sierra Pacific Power Company, defendant Surprise Valley Electrification Corporation, defendant Valley Industrial Communications, Inc. and defendant Alturas Ranches LLC on August 16, 2007, and joined by defendant Citizens Telecommunications Company of California, Inc., defendant United States Cellular Corporation and defendant California Rural Services Area #1 on August 17, 2007. All objections and joinders listed above were considered by the

1

1 undersigned.

2  This court reviews de novo those portions of the proposed findings of fact to
3 which objection has been made.  28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v.
4 Commodore Business Machines, 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920
5 (1982).  As to any portion of the proposed findings of fact to which no objection has been made,
6 the court assumes its correctness and decides the motions on the applicable law.  See Orand v.
7 United States, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are
8 reviewed de novo.  See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir.
9 1983).

10  The court has reviewed the applicable legal standards and, good cause appearing,
11 concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.
12 Accordingly, IT IS ORDERED that:

13  1. The proposed Findings and Recommendations filed July 30, 2007, are
14 ADOPTED;

15  2. Defendants' motion to dismiss is granted in part and denied in part, as follows:

16  a. Defendants' motion to dismiss is granted as to plaintiffs'
17 ultrahazardous claims on the basis of conflict preemption; and

18  b. Defendants' motion to dismiss under the primary jurisdiction doctrine
19 is denied as to plaintiffs' claims for negligence per se and for violations of 47 U.S.C. § 206, and
20 that such claims are not referred to the FCC at this time; and,

21  3. Plaintiffs' request for remand is denied.

22 Dated: September 12, 2007

23
24  _____
 GARLAND E. BURRELL, JR.
25  United States District Judge

26