CHARLES J. STEVENS (CSBN 106981)
TODD M. NOONAN (CSBN 172962)
STEVENS & O'CONNELL LLP
400 Capitol Mall, Suite 1400
Sacramento, CA 95814
Telephone: (916) 329-9111
Facsimile: (916) 329-9110

ANDREW G. McBRIDE (Pro Hac Vice)
JOSHUA S. TURNER (Pro Hac Vice)
WILEY, REIN & FIELDING LLP
1776 K Street NW
Washington, DC 20006

Attorneys for Defendants
Modoc RSA Limited Partnership d/b/a Verizon Wireless and
Cellco Partnership d/b/a Verizon Wireless

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY A. JASSO; HIGINIO R. JASSO; SUZANNE M. AINSLIE; GILBERT E. JASSO; TIMOTHY E. AINSLIE; JANICE L. LOPEZ; GAIL I. GRIFFITH; GILBERT TIFFEE; DOROTHY M. TIFFEE; ILLA L. GARCIA; BENJAMIN G. GARCIA; BENJAMIN J. GARCIA; TERESA HUDDELSTON-GARCIA; AND ON BEHALF OF ALL OTHER FAMILY MEMBERS SIMILARLY SITUATED, BORN AND UNBORN,<br><br>Plaintiffs,<br><br>vs.<br><br>CITIZENS TELECOMMUNICATIONS COMPANY OF CALIFORNIA, INC.; UNITED STATES CELLULAR CORPORATION; CALIFORNIA RURAL SERVICES AREA #1 INC.; MODOC RSA LIMITED PARTNERSHIP; VERIZON WIRELESS; VALLEY INDUSTRIAL TELECOMMUNICATIONS, INC.; SIERRA PACIFIC POWER; SURPRISE VALLEY ELECTRIC; ALTURAS RANCHES LLC; UNION PACIFIC RAILROAD ENGINEER; DOES 1-1,000 INCLUSIVE,<br><br>Defendants. | Case No. 05-2649 GEB EFB PS<br><br>DEFENDANTS' JOINT EX PARTE APPLICATION FOR EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT AND FOR LEAVE TO FILE SEPARATE STATEMENTS<br><br>[L.R. 6-144]<br><br>Courtroom: 25 (8th Floor)<br>Judge: Magistrate Edmund F. Brennan |

**Stevens & O'Connell LLP**

DEFENDANTS' JOINT EX PARTE APPLICATION FOR AN EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT AND FOR LEAVE TO FILE SEPARATE STATEMENTS
Case No. 05-2649

1  Pursuant to Local Rule 6-144(c), the undersigned defendants, through their counsel of
2  record, hereby request a 30 day extension of time to respond to the Plaintiffs' First Amended
3  Complaint.  In support of this request, Defendants aver as follows:
4  1. Plaintiffs in this matter are proceeding in propria persona.  This matter has
5  therefore been assigned to Magistrate Judge Brennan pursuant to Local Rules 72-302, 303 and
6  304 and 28 U.S.C. § 636.
7  2. On January 9, 2007, Magistrate Judge Brennan issued a ruling dismissing
8  Plaintiffs' causes of action, with leave to amend.
9  3. On February 2, 2007, plaintiffs filed their First Amended Complaint.
10  4. On February 12, 2007, given the complex issues raised therein and the difficulties
11  of coordinating a joint response by numerous defendants, Defendants sought additional time to
12  respond to the First Amended Complaint.  The Court granted this request on February 16, 2007.
13  5. On March 12, 2007, Defendants filed a Motion to Dismiss the First Amended
14  Complaint.
15  6. On July 30, 2007, the Magistrate recommended granting in part and denying in
16  part Defendants' Motion to Dismiss.  The District Court adopted these recommendations in full
17  on September 13, 2007.  As a result, Plaintiffs' request for a remand was denied and Plaintiffs'
18  claims alleging that Defendants engaged in an ultrahazardous activity have been dismissed, but
19  Plaintiffs' claims based on negligence per se and Section 206 of the Communications Act will
20  proceed.
21  7. Defendants' response date under the Federal Rules is presently October 1, 2007.
22  *See*  F.R.Civ.Proc. Rule 6, 15(a).
23  8. Pursuant to an order entered on February 1, 2006, a Joint Status Conference
24  Statement is also due within 20 days of the District Court's decision.
25  9. As the Court knows from the Motion to Dismiss, in addition to raising complex
26  regulatory issues, the First Amended Complaint contains a raft of complicated factual allegations
27
28

**Stevens &
O'Connell LLP**

1

DEFENDANTS' JOINT EX PARTE APPLICATION FOR AN EXTENSION OF TIME TO RESPOND TO
FIRST AMENDED COMPLAINT AND FOR LEAVE TO FILE SEPARATE STATEMENTS
Case No. 05-2649

that will require careful review.  Defendants therefore seek additional time to develop responses to these factual allegations.

10. Defendants have made this application directly to the Court under Local Rule 6-144(c) rather than by seeking a stipulation from plaintiffs in light of the number of plaintiffs and their pro se status.  There are at least thirteen plaintiffs, all of whom are proceeding in propria persona in this matter.  Obtaining agreement from each of the plaintiffs to the extension in the limited time available would be impractical, if not impossible.  Complicating matters, defendants also do not have complete contact information for each plaintiff.

12. Accordingly, for the foregoing reasons, defendants request a 30-day extension of time to file their response, to and including October 31, 2007.

13. For the reasons set forth in paragraph 10, coordinating a Joint Status Conference Statement will likely be difficult or impossible.  Defendants thus seek leave to jointly file one separate statement, with Plaintiffs filing their own Separate Statement.  Given the complicated logistics surrounding a joint filing by nine Defendants, Defendants further seek an enlargement of time to file their statement to and including November 9, 2007.

I declare under penalty of perjury under the laws of the United States that the foregoing in true and correct.  Executed this 20th day of September 2007, at Sacramento, California.

STEVENS & O'CONNELL LLP

By: */s/* TODD M. NOONAN
TODD M. NOONAN
Attorneys for Defendant
Modoc RSA Limited Partnership d/b/a
Verizon Wireless

Undersigned counsel, on behalf of their respective clients, hereby join in this request.

GORDON & REES LLP

By: */s/* MICHAEL D. WELCH
    *(*as authorized on 9/19/07)
    _____
    MICHAEL D. WELCH
    Attorneys for Defendant
    Citizens Telecommunications Company of California, Inc.

MORRIS, PICKERING, & PETERSON

By: */s/* JACEY PRUPAS
    *(*as authorized on 9/20/07)
    _____
    WILLIAM E. PETERSON
    JACEY PRUPAS
    Attorneys for Defendant
    Sierra Pacific Power

LEWIS, BRISBOIS, BISGAARD & SMITH, LLP

By: */s/* THOMAS D. NEILSEN
    *(*as authorized on 9/20/07)
    _____
    THOMAS D. NEILSEN
    Attorneys for Defendant
    Surprise Valley Electric

3

DEFENDANTS' JOINT EX PARTE APPLICATION FOR AN EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT AND FOR LEAVE TO FILE SEPARATE STATEMENTS
Case No. 05-2649

**Stevens & O'Connell LLP**

1    IT IS SO ORDERED.  Defendants shall have until October 31, 2007, to file their
2  responsive pleading to Plaintiffs' First Amended Complaint.  Defendants are relieved of the
3  obligation to confer and file a Joint Status Conference Statement.  Defendants have leave to
4  jointly file one separate statement no later than November 9, 2007.
5  Dated:  September 24, 2007.

                            EDMUND F. BRENNAN
                            United States Magistrate Judge

Stevens & O'Connell LLP

4

DEFENDANTS' JOINT EX PARTE APPLICATION FOR AN EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT AND FOR LEAVE TO FILE SEPARATE STATEMENTS
Case No. 05-2649

**PROOF OF SERVICE**

I am employed in the County of Sacramento, State of California. I am over the age of 18 and am not a party to this action; my business address is 400 Capitol Mall, Suite 1400, Sacramento, CA 95814.

On September 20, 2007, I served the foregoing documents described as

**DEFENDANTS' JOINT EX PARTE APPLICATION FOR EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT AND FOR LEAVE TO FILE SEPARATE STATEMENTS**

☒ by placing ☐ the original ☒ a true copy thereof enclosed in a sealed envelope addressed as follows: See below.

Mary A. Jasso
P.O. Box 85
Likely, CA  96116

Higinio R. Jasso
P.O. Box 85
Likely, CA  96116

Suzanne M. Ainslie
P.O. Box 2964
Sitka, AK 99835

Gilbert E. Jasso
P.O. Box 85
Likely, CA  96116

Timothy E. Ainslie
P.O. Box 2964
Sitka, AK 99835

Janice L. Lopez
P.O. Box 9998
Baker, CA  92309

Gail I. Griffith
P.O. Box 95
Likely, CA  96116

Gilbert Tiffee
P.O. Box 85
Likely, CA  96116

Dorothy M. Tiffee
P.O. Box 85
Likely, CA  96116

Illa L. Garcia
P.O. Box 585
Bieber, CA  96009

Benjamin G. Garcia
P.O. Box 585
Bieber, CA  96009

Benjamin J. Garcia
P.O. Box 585
Bieber, CA  96009

Teresa Huddelston-Garcia
P.O. Box 585
Bieber, CA  96009

☐ BY FACSIMILE. On _____, I caused a facsimile transmission from our office facsimile telephone number (916/329-9110) to counsel listed above as indicated. The facsimile transmission was without error and completed prior to 5:00 p.m. A copy of the transmission report is available upon request.

☒ BY U.S. MAIL. I am readily familiar with the firm's practice of collection and processing correspondence on the same day with postage thereon fully prepaid at Sacramento, California, in the ordinary course of business.

5

DEFENDANTS' JOINT EX PARTE APPLICATION FOR AN EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT AND FOR LEAVE TO FILE SEPARATE STATEMENTS
Case No. 05-2649

Stevens & O'Connell LLP

1   ☐   BY HAND DELIVERY.  I placed a true copy thereof in an envelope addressed to each of the person(s) named above and by then sealing said envelope(s) and giving the same to a messenger for personal delivery.

2

3   I declare under penalty of perjury under the laws of the State of California and of the United States of America that the above is true and correct.

4

5

Dated:  September 20, 2007                _____/s/ DANIELLE Y. POWERS_____
6                                                              DANIELLE Y. POWERS

DEFENDANTS' JOINT EX PARTE APPLICATION FOR AN EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT AND FOR LEAVE TO FILE SEPARATE STATEMENTS
Case No. 05-2649

Stevens & O'Connell LLP