IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARY A. JASSO, et al.,

    Plaintiffs,                           No. CIV S-05-2649 GEB EFB PS

    vs.

CITIZENS TELECOMMUNICATIONS
COMPANY OF CALIFORNIA, INC., et al.,

                                        ORDER

    Defendants.
_____/

On September 24, 2007, the court granted defendants' joint ex parte application for an extension of time to respond to the amended complaint and to file separate status reports. The court ordered defendants to file their status reports no later than November 9, 2007.

On September 26, 2007, plaintiffs filed a joint request for an extension of time to file separate status reports. Consistent with its prior order, the court grants plaintiffs' request and orders them to file their status report(s) on November 9, 2007, as well.

SO ORDERED.

DATED: October 4, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE