IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARY A. JASSO, et al.,

    Plaintiffs,                                  No. CIV S-05-2649 GEB EFB PS

    vs.

CITIZENS TELECOMMUNICATIONS        ORDER
COMPANY OF CALIFORNIA, INC., et al.,

    Defendants.
_____/

        This case, in which all plaintiffs are proceeding *in propria persona*, has been referred to the undersigned under Local Rule 72-302(c)(21), pursuant to 28 U.S.C. § 636(b)(1).

        Defendants have filed a joint status report in which they advise this court of a state court action involving the same plaintiffs and similar claims, although alleged against different defendants. The state court granted those defendants' motion for summary judgment, finding that the evidence established that the radio frequency ("RF") emissions on Likely Mountain – the area at issue in this case – did not exceed the Maximum Permitted Exposure ("MPE") levels, and that those levels were a fraction of what is required to create a possibility of harm to humans.

        Defendants in this case assert that the evidence relied on by the state court reveals that the Likely Mountain site at issue in this action is fully compliant with FCC regulations. This action involves plaintiffs' claims arising under 47 U.S.C. § 206, and for negligence per se under

1

1  California law.  Plaintiffs' claims are predicated on allegations of defendants' non-compliance
2  with federal regulations, and defendants have proposed filing a motion for summary judgment on
3  the issue of FCC compliance.
4       Defendants have proposed filing that the motion by April 7, 2008.  Although defendants
5  are free to file a dispositive motion any time prior to the expiration of the law and motion cutoff
6  date, they may proceed with filing the motion on the date they have suggested.  Plaintiffs'
7  opposition to the motion shall be due within 45 days of the date defendants' motion is filed, and
8  defendants' reply thereto, if any, shall be due thirty days thereafter.
9       SO ORDERED.
10 DATED:  April 2, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2