IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARY A. JASSO, et al.,

    Plaintiffs,     No. CIV S-05-2649 GEB EFB PS

    vs.

CITIZENS TELECOMMUNICATIONS    AMENDED ORDER
COMPANY OF CALIFORNIA, INC., et al.,

    Defendants.
_____/

    This case, in which all plaintiffs are proceeding *in propria persona*, has been referred to the undersigned under Local Rule 72-302(c)(21), pursuant to 28 U.S.C. § 636(b)(1). As set forth in this court's order of April 2, 2008, the court has approved defendants' request to file an expedited motion for summary judgment. Lead defendants, Modoc RSA Limited Partnership and Cellco Partnership, both d/b/a Verizon Wireless, filed their motion for summary judgment on April 7, 2008, setting the matter for hearing on July 16, 2008. As of the date of this order, the remaining defendants have begun filing notices of joinder to that motion.

    The order of April 2, 2008, made reference to the law and motion cut-off date. However, a scheduling order has not yet issued in this case and therefore no cut-off date has been set for law and motion. Accordingly, the April 2, 2008, order is amended as follows. Plaintiffs shall file either oppositions, or statements of non-opposition, to the motion for summary judgment by

1  no later than May 22, 2008.  Defendants' reply thereto, if any, shall be due no later than June 20,
2  2008.  The court will take up the matter of full pretrial and trial scheduling at a later date, should
3  the summary judgment motions not be dispositive.
4      SO ORDERED.
5  DATED: April 8, 2008.

                                  EDMUND F. BRENNAN
                                  UNITED STATES MAGISTRATE JUDGE